**US Postal Service**
**Certified Mail Receipt**
Domestic Mail Only
No Insurance Coverage Provided

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here

Sent To:
MARILYN BROOKS, WARDEN
SCI ALBION
1-745 ROUTE 18
ALBION, PA. 16475-0001

5-11E,O/P,3/15/05,SRB

7160 3901 9842 6648 8325

06/30/05 SERVICE FOR MARILYN BROOKS RETURNED UNEXECUTED. AS OF THIS DATE NEITHER THE GREEN CERTIFIED CARD OR PACKAGE HAVE BEEN RETURNED BY THE POSTAL SERVICE.

PS Form 3800, January 2003    US Postal Service    **Certified Mail Receipt**

---

CA 05-11E

**2. Article Number**
7160 3901 9842 6648 8332

**3. Service Type** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes
**1. Article Addressed to:**

ATTORNEY GENERAL COMMONWEALTH OF PA
564 FORBES AVENUE
6TH FLOOR MANOR BLDG
PITTSBURGH, PA. 15219

5-11E,O/P,3/15/05,SRB

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Pamela Cleaver
B. Date of Delivery: 3/16/0
C. Signature: X _Pamela Cleaver_ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2003    Domestic Return Receipt

---

**2. Article Number**
7160 3901 9842 6648 8349

**3. Service Type** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes
**1. Article Addressed to:**

LEHIGH COUNTY DISTRICT ATTORNEY
LEHIGH CO. COURTHOUSE
P.O. BOX 1548
ALLENTOWN, PA. 18105

5/11E,O/P,3/15/05,SRB

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery: 3/21/05
C. Signature: X _DA_ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2003    Domestic Return Receipt